PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER, A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone:  (323) 954-9144
Facsimile:   (323) 954-0457

Attorney for Plaintiff
Los Arboles Apartments & Townhomes, LLC

**FILED & ENTERED**

**JUL 07 2015**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** bakchell **DEPUTY CLERK**

**ORDER NOT FOR PUBLICATION** — **CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LOS ARBOLES APARTMENTS & TOWNHOMES, LLC,<br><br>    Debtor-In-Possession.<br><br>LOS ARBOLES APARTMENTS & TOWNHOMES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>VFC PARTNERS 29, LLC, a limited liability company,<br><br>    Defendant. | Case No. 2:14-bk-31901-RK<br><br>[Chapter 11]<br><br>Adv. No. 2:15-ap-01347-RK<br><br>**ORDER ON APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date:<br>Time:<br>Ctrm:   1675 |

**TO THE PARTIES TO THIS ADVERSARY PROCEEDING:**

The court has reviewed plaintiff's application for temporary restraining order and order to show cause re: preliminary injunction.  Based on the evidentiary showing in this application, the court is not inclined to issue a temporary restraining order on an emergency basis ex parte or to issue an order to show cause re: preliminary injunction because the court does not find that the evidentiary showing is sufficient to demonstrate a likelihood of success on the merits in the adversary proceeding, including a reasonable likelihood of a successful reorganization in the underlying

1  bankruptcy case, and that irreparable injury is about to occur absent preliminary injunctive relief.
2  *See, e.g., In re Excel Innovations, Inc.,* 502 F.3d 1086, 1093-1096 (9th Cir. 1987).  Accordingly, the
3  application for temporary restraining order and for order to show cause re: preliminary injunction is
4  denied without prejudice.  However, leave is granted for debtor to file and serve a motion for
5  preliminary injunction on regular notice under Local Bankruptcy Rule 9013-1 and to have the
6  motion specially set for a hearing of more than 15 minutes in length by contacting the courtroom
7  deputy for date and time which would be convenient for counsel and the court.
8        IT IS SO ORDERED.
9                                          ###

23  Date: July 7, 2015
24                                          _____
                                            Robert Kwan
                                            United States Bankruptcy Judge

2
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION